**Alexandra O. Caval, ISB#7999**
**CAVAL LAW OFFICE, PC**
**248 Idaho Street S**
**P.O. Box 1716**
**Twin Falls, ID 83303-1716**
**Tel: (208) 733-2035**
**Fax: (208) 733-3919**
**alex@cavallawoffice.com**

**Attorney for the Defendant**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| **In Re:**<br><br>**SHILOH MANAGEMENT SERVICES, INC.**<br><br>**Debtor.** | **Case No. 17-01458-JMM** |
| **NOAH HILLEN, solely in his capacity as Chapter 7 Trustee for the above-referenced bankruptcy estate,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**SOVEREIGN GRACE FELLOWSHIP OF NAMPA, INC., an Idaho non-profit corporation; DOES 1-5,**<br><br>**Defendant.** | **Adv. Case No. 19-06067-JMM.**<br><br>**ANSWER** |

COMES NOW Sovereign Grace Fellowship of Nampa, Inc. ("Defendant"), and without admitting any liability or damages to the Plaintiff, and without assuming the burden of proof as to any issue in this litigation, answers the Complaint filed by Chapter 7 Trustee Noah Hillen ("Trustee") as follows:

## JURISDICTION, VENUE AND PARTIES

1. Paragraph 1 of the Complaint contains statements and conclusions of law to which no response is necessary. To the extent a response is required, Sovereign Grace Fellowship denies the allegations set forth in Paragraph 1 of the Complaint.

2. Paragraph 2 of the Complaint contains statements and conclusions of law to which no response is necessary. To the extend a response is required, Sovereign Grace Fellowship denies the allegations set forth in Paragraph 2 of the Complaint.

3. Paragraph 3 of the Complaint contains statements and conclusions of law to which no response is necessary. To the extend a response is required, Sovereign Grace Fellowship denies the allegations set forth in Paragraph 3 of the Complaint.

4. Sovereign Grace Fellowship admits the allegations contained in Paragraph 4 of the Complaint.

5. Sovereign Grace Fellowship admits the allegations contained in Paragraph 5 of the Complaint.

6. Sovereign Grace Fellowship is without information to admit or deny the allegations contained in Paragraph 6 of the Complaint and therefore denies the same.

## GENERAL FACTUAL ALLEGATIONS

7. Sovereign Grace Fellowship is without information to admit or deny the allegations contained in Paragraph 7 of the Complaint and therefore denies the same.

8. Sovereign Grace Fellowship is without information to admit or deny the allegations contained in Paragraph 8 of the Complaint and therefore denies the same.

9. Sovereign Grace Fellowship is without information to admit or deny the allegations contained in Paragraph 9 of the Complaint and therefore denies the same.

10. Sovereign Grace Fellowship denies the allegations contained in Paragraph 10 of the Complaint but admits that a document entitled "Exhibit A" is attached to the Complaint.

11. Paragraph 11 contains statements or conclusions of law to which no response is necessary. To the extent a response is required, Sovereign Grace Fellowship denies the allegations set forth.

12. Sovereign Grace Fellowship lack sufficient information to admit or deny the allegations contained in Paragraph 12 of the Complaint and therefore denies the same.

13. Sovereign Grace Fellowship lack sufficient information to admit or deny the allegations contained in Paragraph 13 of the Complaint and therefore denies the same.

14. Sovereign Grace Fellowship lack sufficient information to admit or deny the allegations contained in Paragraph 14 of the Complaint and therefore denies the same.

15. Paragraph 15 contains statements or conclusions of law to which no response is necessary. To the extent a response is required, Sovereign Grace Fellowship denies the allegations sets forth.

16. Sovereign Grace Fellowship lacks sufficient information to admit or deny the allegations contained in Paragraph 16 of the Complaint and therefore denies the same.

17. Paragraph 17 of the Complaint contains statements to which no response is necessary. To the extent a response is required, Sovereign Grace denies the allegations set forth.

**GENERAL FRAUDULENT TRANSFER ALLEGATIONS**

18. Paragraph 18 of the Complaint contains statements and conclusions of law to which no response is required. To the extent a response is required, Sovereign Grace Fellowship denies the allegations set forth.

19. Paragraph 19 of the Complaint contains statements and conclusions of law to which no response is required. To the extent a response is required, Sovereign Grace Fellowship denies the allegations set forth.

20. Sovereign Grace Fellowship lacks sufficient information to admit or deny the allegations contained in Paragraph 20 of the Complaint and therefore denies the same.

21. Sovereign Grace Fellowship lacks sufficient information to admit or deny the allegations contained in Paragraph 21 of the Complaint and therefore denies the same.

22. Sovereign Grace Fellowship lacks sufficient information to admit or deny the allegations contained in Paragraph 22 of the Complaint and therefore denies the same.

## CLAIM ONE
## AVOIDANCE OF FRAUDULENT TRANSFERS
## (11 U.S.C. §544(b)(1) and 28 U.S.C. §3304)

23. Paragraph 23 of the Complaints contains statements to which no response is required. To the extent a response is required, Sovereign Grace Fellowship admits and denies the allegations as set forth above.

24. Sovereign Grace Fellowship lacks sufficient information to admit or deny the allegations contained in Paragraph 24 of the Complaint and therefore denies the same.

25. Sovereign Grace Fellowship lacks sufficient information to admit or deny the allegations contained in Paragraph 25 of the Complaint and therefore denies the same.

26. Sovereign Grace Fellowship lacks sufficient information to admit or deny the allegations contained in Paragraph 26 of the Complaint and therefore denies the same.

27. Sovereign Grace Fellowship lacks sufficient information to admit or deny the allegations contained in Paragraph 27 of the Complaint and therefore denies the same.

28. Paragraph 28 of the Complaint contains statements and conclusions of law to which no response is required. To the extent a response is required, Sovereign Grace Fellowship denies the same.

29. Paragraph 29 contains statements or conclusions of law to which no response is necessary. To the extent a response is required, Sovereign Grace Fellowship denies the allegations sets forth.

30. Paragraph 30 contains statements or conclusions of law to which no response is necessary. To the extent a response is required, Sovereign Grace Fellowship denies the allegations sets forth.

## CLAIM TWO
## AVOIDANCE OF FRAUDULENT TRANSFERS
## (11 U.S.C. §544(b)(1) and Idaho Code §55-913)

31. Paragraph 31 of the Complaints contains statements to which no response is required. To the extent a response is required, Sovereign Grace Fellowship admits and denies the allegations as set forth above.

32. Sovereign Grace Fellowship lacks sufficient information to admit or deny the allegations contained in Paragraph 32 of the Complaint and therefore denies the same.

33. Sovereign Grace Fellowship lacks sufficient information to admit or deny the allegations contained in Paragraph 33 of the Complaint and therefore denies the same.

34. Paragraph 34 of the Complaint contains statement and conclusions of law to which no response is required. To the extent a response is required, Sovereign Grace Fellowship denies the allegations contained in Paragraph 34.

35. Sovereign Grace Fellowship lacks sufficient information to admit or deny the allegations contained in Paragraph 35 of the Complaint and therefore denies the same.

36. Paragraph 36 contains statements and conclusions of law to which no response is required. To the extent a response is required, Sovereign Grace Fellowship denies the same.

37. Paragraph 37 of the Complaint contains statements and conclusions of law to which no response is required. To the extent a response is required, Sovereign Grace Fellowship denies the same.

38. Paragraph 38 of the Complaint contains statements and conclusions of law to which no response is required. To the extent a response is required, Sovereign Grace Fellowship denies the same.

39. Paragraph 39 of the Complaint contains statements and conclusions of law to which no response is required. To the extent a response is required, Sovereign Grace Fellowship denies the same.

## CLAIM THREE
## AVOIDANCE OF FRAUDULENT TRANSFERS
(11 U.S.C. §544(a)(1))

40. Paragraph 40 of the Complaints contains statements to which no response is required. To the extent a response is required, Sovereign Grace Fellowship admits and denies the allegations as set forth above.

41. Sovereign Grace Fellowship lacks sufficient information to admit or deny the allegations contained in Paragraph 41 of the Complaint and therefore denies the same.

42. Sovereign Grace Fellowship lacks sufficient information to admit or deny the allegations contained in Paragraph 42 of the Complaint and therefore denies the same.

43. Sovereign Grace Fellowship lacks sufficient information to admit or deny the allegations contained in Paragraph 43 of the Complaint and therefore denies the same.

44. Paragraph 44 of the Complaint contains statements and conclusions of law to which no response is required. To the extent a response is required, Sovereign Grace Fellowship denies the allegations set forth.

45. Paragraph 45 of the Complaint contains statements and conclusions of law to which no response is required. To the extent a response is required, Sovereign Grace Fellowship denies the allegations set forth.

46. Paragraph 46 of the Complaint contains statements and conclusions of law to which no response is required. To the extent a response is required, Sovereign Grace Fellowship denies the allegations set forth.

47. Paragraph 47 of the Complaint contains statements and conclusions of law to which no response is required. To the extent a response is required, Sovereign Grace Fellowship denies the allegations set forth.

### COSTS, ATTORNEY FEES, AND OTHER RELIEF

48. Sovereign Grace Fellowship denies the allegations contained in Paragraph 48 of the Complaint.

### PRAYER FOR RELIEF

49. Sovereign Grace Fellowship denies that Plaintiff is entitled to the relief requested in Paragraphs 1-5, or to any relief.

### AFFIRMATIVE DEFENSES

In asserting the following defenses, Sovereign Grace Fellowship does not assume the burden of proving any element thereof that any applicable case law, common law, statute, rule, regulation, or other authority places upon Plaintiff.

### FIRST DEFENSE

Sovereign Grace Fellowship denies each and every allegation contained in the Complaint that is not expressly and specifically admitted herein.

### SECOND DEFENSE

The Complaint fails to state a claim under which relief can be granted, pursuant to Rule 7012(b)(6) of the Rules of Bankruptcy Procedure and any other applicable provision of law.

### THIRD DEFENSE

The Complaint is barred by the statute of limitations.

### REQUEST FOR ATTORNEY FEES

Sovereign Grace Fellowship has been required to retain legal counsel to defend against Plaintiff's Complaint. Sovereign Grace Fellowship requests and award of the costs and attorney fees it has incurred in defending this action pursuant to applicable state law as the Court deems is appropriate.

### RESERVATION

This case has only recently been initiated. Therefore, Sovereign Grace Fellowship reserves, among other things, the right to amend this pleading and assert additional claims, counterclaims, crossclaims, or defenses available.

### RULE 7012(B) STATEMENT OF DEFENDANT

Defendant consents to the entry of a final order or judgment by the bankruptcy court.

### PRAYER

WHEREFORE, Sovereign Grace Fellowship prays for the following relief:

1. That Plaintiff's Complaint be dismissed and that Plaintiff take nothing thereby;

2. For an award of reasonable costs and fees incurred in defending against Plaintiff's claims; and

3. For such other relief as this Court deems just and equitable.

DATED: January 13, 2020

                              CAVAL LAW OFFICE, PC.

                              *By: /s/ Alexandra O. Caval*
                              Alexandra O. Caval,
                              Attorney for Defendant Sovereign Grace Fellowship of Nampa, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of January, 2020, I served a copy of the foregoing on

CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen<br>Attorney for the Trustee<br>mtc@angstman.com | Noah G. Hillen<br>Trustee<br>ngh@hillenlaw.com |

CAVAL LAW OFFICE, PC.

*By: /s/ Alexandra O. Caval*
Alexandra O. Caval,
Attorney for Defendant Sovereign Grace Fellowship of Nampa, Inc.